

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2022

No. 04-20-00359-CV

Brandon **HJELLA**,
Appellant

v.

**RED MCCOMBS MOTORS, LTD**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15792
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's Second Motion for Extension of Time to file Motion for Rehearing and Motion for Rehearing En Banc is hereby GRANTED. Time is extended until May 5, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court